UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK MATLOCK, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>Defendant. | No. 2:13-cv-02206-MCE-EFB<br><br><br><br>**ORDER** |

The Court is in receipt of the parties' Joint Status Report filed June 17, 2014. Based on the parties' representations that Defendant's Petition for Declaratory Ruling remains pending before the Federal Communications Commission ("FCC"), this case shall remain stayed. Not later than ninety (90) days following the date this Order is electronically filed, the parties are directed to file another Joint Status Report advising the Court of the status of the proceedings before the FCC.

IT IS SO ORDERED.

Dated: June 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT