1  HOGAN LOVELLS US LLP
   Neil R. O'Hanlon (Bar No. 67018)
2  David W. Skaar (Bar No. 265377)
   1999 Avenue of the Stars, Suite 1400
3  Los Angeles, California  90067
   Telephone:     (310) 785-4600
4  Facsimile:     (310) 785-4601
   neil.ohanlon@hoganlovells.com
5  david.skaar@hoganlovells.com

6  HOGAN LOVELLS US LLP
   Mitchell E. Zamoff
7  80 South Eighth Street, Suite 1225
   Minneapolis, MN 55402-2113
8  Telephone:     (612) 402-3000
9  Facsimile:     (612) 402-3001
   mitch.zamoff@hoganlovells.com

10
   HOGAN LOVELLS US LLP
11 Adam K. Levin
   Kathryn L. Marshall (Bar No. 282042)
12 555 Thirteenth Street, NW
   Washington, D.C. 20004
13 Telephone:   (202) 637-5710
   Facsimile:   (202) 637-5910
14 adam.levin@hoganlovells.com
   kathryn.marshall@hoganlovells.com
15
   Attorneys for Defendant
16 UNITED HEALTHCARE SERVICES, INC.

17
                    UNITED STATES DISTRICT COURT
18
                    EASTERN DISTRICT OF CALIFORNIA
19

20
21  ANDY HUMPHREY,                    Case No.  2:14-CV-01792-MCE-EFB

22              Plaintiff,            **ORDER GRANTING UNITED
                                      HEALTHCARE SERVICES, INC.'S
23  v.                                MOTION TO CONSOLIDATE AND STAY**

24  UNITED HEALTHCARE SERVICES,
    INC.,
25
                Defendant.
26
27
28
                                              ORDER GRANTING MOTION TO
                                                  CONSOLIDATE AND STAY
                                                   2:14-CV-01792-MCE-EFB

**ORDER GRANTING UNITED HEALTHCARE SERVICES, INC.'S UNOPPOSED MOTION TO CONSOLIDATE AND STAY**

The Court has considered United Healthcare Services, Inc.'s Unopposed Motion to Consolidate and Stay and the parties' submissions and that Motion is GRANTED.[1]  Accordingly, it is ORDERED that this matter is CONSOLIDATED with Matlock v. United Healthcare Services, Inc., No. 2:13-cv-02206-MCE-EFB, and that the consolidated action is STAYED pending resolution of United's Petition currently pending before the Federal Communications Commission.  The parties in both cases comprising this consolidated action are ordered to file a joint status report in compliance with the Court's order electronically filed in the Matlock action on October 14, 2014 (ECF No. 34).

IT IS SO ORDERED.

Dated:  October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] Because oral argument would not be of material assistance, the Court ordered this matter submitted on the briefs.  E.D. Cal. Local R. 230(g).