**HOGAN LOVELLS US LLP**
David W. Skaar (Bar No. 265377)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
david.skaar@hoganlovells.com

*Attorney for Defendant United Healthcare Services, Inc.*

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
tfriedman@attorneysforconsumers.com
Adrian R. Bacon (SBN 280332)
abacon@attorneysforconsumers.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212c
Phone: 877-206-4741
Fax: 866-633-0228

*Attorneys for Plaintiff Matlock*

Additional Counsel on Next Page

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK MATLOCK, | Case No.: 2:13-CV-02206-MCE-JDP |
| Plaintiff, | *Hon. Morrison C. England, Jr.* |
| v. | **JOINT STATUS REPORT** |
| UNITED HEALTHCARE SERVICES, INC., | |
| Defendant. | |
| ANDY HUMPHREY, | Case No: 2:14-CV-01792-MCE-EFB |
| Plaintiff, | *Hon. Morrison C. England, Jr.* |
| v. | **JOINT STATUS REPORT** |
| UNITED HEALTHCARE SERVICES, INC., | |
| Defendant. | |

| | |
|---|---|
| DIANE GONZALEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>OPTUM, INC., et al.<br><br>   Defendant. | **Case No: 2:20-CV-01129-MCE-JDP**<br><br>*Hon. Morrison C. England, Jr.*<br><br>**JOINT STATUS REPORT** |

**ADDITIONAL COUNSEL**

Adam K. Levin (admitted *pro hac vice*)
Kathryn M. Ali (SBN 282042)
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Telephone: (202) 637-6846
Facsimile: (202) 637-5910
adam.levin@hoganlovells.com
kathryn.ali@hoganlovells.com

*Attorneys for Defendant United Healthcare Services, Inc. In Consolidated Matters Matlock v. United Healthcare Services, Inc. and Humphrey v United Healthcare Services, Inc.*

Mark T. Lavery, PHV
Hyslip & Taylor
917 W. 18th Street, #200
Chicago, IL 60608
(312)508-5480
312-361-5192 (fax)
mark@lifetimedebtsolutions.com

Arturo Esteban Matthews, Jr. (SBN 145232)
Matthews Law Firm, Inc.
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
310-556-9620
310-388-0270 (fax)
aem@matthewsfirm.net

*Attorneys for Plaintiff Humphrey In Consolidated Matter Humphrey v United Healthcare Services, Inc.*
*Case No. 2:14-CV-01792-MCE-EFB*

Samuel C. Kaplan (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
Email: skaplan@bsfllp.com

Maxwell V. Pritt (CA SBN 253155)
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone: (415) 293-6800
Facsimile: (415) 293-6899
Email: mpritt@bsfllp.com

Shira R. Liu (CA SBN 274158)
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 629-9040
Facsimile: (213) 629-9022
Email: sliu@bsfllp.com

*Counsel for Defendant Optum, Inc. In Consolidated Matter Gonzalez v. Optum, Inc.*
*Case No. 2:20-cv-01129-MCE-JDP*

Pursuant to the Court's May 12, 2020 Order, ECF No. 61, Defendants United Healthcare Services, Inc. and Optum, Inc., and Plaintiffs Jack Matlock, Andy Humphrey, and Diane Gonzalez[1] (collectively, the "Parties") file this Joint Status Report to advise the Court of the status of the proceedings before the Federal Communications Commission ("FCC").

Since the Parties provided their last status update, the FCC has not issued any further decision on the interpretation of the phrase "prior express consent of the called party" as it relates to calls to reassigned numbers, and that issue remains pending before the FCC.[2] The Parties therefore agree that a stay remains appropriate.

Moreover, since the last status update, the Supreme Court granted certiorari on the question of "[w]hether the definition of ATDS in the TCPA encompasses any device that can 'store' and 'automatically dial' telephone numbers, even if the device does not 'us[e] a random or sequential number generator.'" *See Facebook Inc. v. Duguid, et al.*, No. 19-511. Oral argument is scheduled to take place telephonically on December 8, 2020. Plaintiff in *Matlock* alleges that Defendant United Healthcare Services Inc. used an ATDS (an automatic telephone dialing system) within the meaning of the TCPA. The parties thus respectfully submit that this is an additional reason to maintain the stay in this action.

---

[1] The case captioned *Humphrey v. United Healthcare Services, Inc.*, No. 2:14-CV-01792-MCE-EFB ("*Humphrey*"), was consolidated with *Matlock v. United Healthcare Services, Inc.*, No. 2:13-CV-02206-MCE-EFB ("*Matlock*") on October 29, 2014. *See Matlock*, No. 2:13-CV-02206, ECF No. 35. The case captioned *Gonzalez v. Optum Inc., et al.*, No. 2:20-cv-01129-MCE-EFB ("*Gonzalez*"), was consolidated with *Matlock* and *Humphrey* on August 6, 2020. *See Gonzalez*, No. 2:20-cv-01129, ECF No. 50. Accordingly, this joint status report addresses, and is being filed in, all three actions.

[2] Earlier this year, the FCC sought public comment on a Technical Requirements Document for the Reassigned Numbers Database that was approved by the FCC's North American Numbering Council ("NANC"), Technical Requirements for Reassigned Numbers Database Comment Date, 35 FCC Recd. 38 (Jan. 24, 2020), and on the fee structure for the database. *See* Comments Sought on Reassigned Numbers Database Costs and Fee Structure, 35 FCC Rcd. 1560 (Feb. 26, 2020). Following public comment, the FCC issued a Public Notice clarifying key legal concepts relating to the operation and cost structure of the database, *see* Consumer and Governmental Affairs Bureau Establishes Guidelines for Operation of the Reassigned Numbers Database, 35 FCC Rcd 3559 (Apr. 16, 2020), and has since issued additional guidance, *see* CGB Announces Compliance Date for Reassigned Numbers Database Rules, 35 FCC Rcd 6738 (July 2, 2020). However, the database still is not complete or available for use by calling parties and, as the Parties noted in their last status update, ECF 58, does not set forth an interpretation of "prior express consent of the called party" as it relates to calls to reassigned numbers.

| | | |
|---|---|---|
| DATED: November 12, 2020 | | HOGAN LOVELLS US LLP |

By: _____/s/ Adam K. Levin_____
Adam K. Levin*
Kathryn M. Ali (Bar No. 282042)
*Admitted *pro hac vice*

Attorneys for Defendant
United Healthcare Services, Inc.

DATED: November 12, 2020   BOIES SCHILLER FLEXNER LLP

By: _____/s/ Samuel C. Kaplan_____
          (as authorized on 11/12/2020)
Samuel C. Kaplan*
Maxwell V. Pritt (Bar No. 253155)
Shira R. Liu (Bar No. 274158)
*Admitted *pro hac vice*

Attorneys for Defendant Optum, Inc.

DATED: November 12, 2020   LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: _____/s/ Todd M. Friedman_____
          (as authorized on 11/12/2020)
Todd M. Friedman

Attorneys for Plaintiff Jack Matlock

DATED: November 12, 2020   MATTHEWS LAW FIRM, INC.

By: _____/s/ Arturo Esteban Matthews, Jr._____
          (as authorized on 11/12/2020)
Arturo Esteban Matthews, Jr.

Attorneys for Plaintiff Andy Humphrey